# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| SILVIA REGINA LASKO, *et al.*, | |
|---|---|
| Plaintiffs, | |
| vs. | 2:18-cv-01802-APG-VCF **ORDER** |
| CALIBER HOME LOANS, INC., *et al.*, | |
| Defendants. | |

Before the court is *Silvia Regina Lasko, et al., v. Caliber Home Loans, Inc., et al.*, case number 2:18-cv-01803-AGP-VCF.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 PM, November 16, 2018, in Courtroom 3D, U.S. District Court, District of Nevada, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Plaintiffs Silvia Regina Lasko and Iman Keith Alan Lasko must attend the hearing in person.

DATED this 2nd day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE