# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SILVIA REGINA LASKO, IMAM KEITH ALAN LASKO, MOSQUE OF THE GOLDEN RULE, and WORLDWIDE MINISTRIES OF ISLAM,<br><br>Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC., *et al.*,<br><br>Defendants. | 2:18-cv-01802-JCM-VCF<br>**ORDER** |

Before the court are Motion for Default Judgment Against Countrywide Home Loans (ECF No. 58) and Motion for Default Judgment Against Caliber Home Loans Inc. (ECF No. 59).

On November 16, 2018, the Court denied Plaintiff's requests for entry of default against Countrywide Home Loans and Caliber Home Loans Inc. (ECF No. 60).

Accordingly,

IT IS HEREBY ORDERED that Motion for Default Judgment Against Countrywide Home Loans (ECF No. 58) and Motion for Default Judgment Against Caliber Home Loans Inc. (ECF No. 59) are DENIED.

DATED this 19th day of November, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE