Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendants Caliber Home
Loans, Inc.; U.S. Bank Trust, N.A., Trustee
For LSF9 Master Participation Trust; Summit
Real Estate Services, LLC; Joe Anderson; and
Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SILVIA REGINA LASKO, IMAM KEITH ALAN LASKO, MOSQUE OF THE GOLDEN RULE, and WORLDWIDE MINISTRIES OF ISLAM,<br><br>Plaintiffs,<br>v.<br><br>CALIBER HOME LOANS, INC., et al.;<br><br>Defendants. | Case No.: 2:18-cv-01802-JCM-VCF<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION (ECF NOS. 68 & 69)** |

Pursuant to LR 7-1, Defendants U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank"), Caliber Home Loans, Inc. ("Caliber"), Summit Real Estate Services, LLC ("Summit")[1], Joe Anderson, and Mortgage Electronic Registration Systems, Inc. ("MERS"), Bank of America, N.A. ("BANA"), HSBC Finance Corporation ("HSBC") and Ocwen Financial Corporation ("Ocwen," collectively, the "Defendants"), by and through their attorney, and hereby move the Court, pursuant to Rule 6 of the Federal Rules of Civil Procedure, for an extension of time to respond to Plaintiffs' Motion for Reconsideration Regarding Countrywide Home Loans and

---

[1] Incorrectly named Summit Financial Corp.

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

Acts of Perjury and of Fraud Upon the Court Committed by Bank of America (ECF No. 68) and Plaintiffs' Motion for Reconsideration Regarding Default Entry and Default Judgment Against Each of These: HSBC, OCWEN Financial Corp., Caliber Home Loans, Inc. (ECF No. 69) (collectively referred to as the "Motions for Reconsideration"). In support of this Joint Motion, Defendants state as follows:

1. Plaintiffs filed the Motions for Reconsideration on November 27, 2018. (ECF Nos. 68 and 69). Defendants' responsive briefs are due on or before December 11, 2018.

2. Defendants need additional time to respond to Plaintiffs' Motions for Reconsideration. The time within which to respond has not expired.

3. Defendants request an additional seven (7) days to respond to Plaintiffs' Motions for Reconsiderations (ECF Nos. 68 and 69), up to and including December 18, 2018, in order to accommodate the upcoming holiday schedule, the schedule of counsel and to provide the Defendants sufficient time to review and assess Plaintiffs' Motions for Reconsiderations, including all supporting documentation (ECF Nos. 68 and 69).

4. This joint motion is not made for the purpose of delay, and it will not prejudice the parties. The relief requested will not affect any other litigation deadlines in this case.

## MEMORANDUM

Rule 6(b) of the Federal Rules of Civil Procedure provides that the Court may grant extensions of time at any time in its discretion for good cause shown. Where, as here, the request for extension is made prior to the expiration of the specified period of time, no finding of excusable neglect is required. Defendants respectfully submit that good cause has been shown above for an extension of time.

For the foregoing reasons and authorities, Defendants respectfully request that the Court grant this motion and extend Defendants' deadline to respond to

1  Plaintiffs' Motions for Reconsideration until December 18, 2018.

   DATED this 4th day of December, 2018.

| AKERMAN LLP | BALLARD SPAHR LLP |
|---|---|
| By: */s/ Scott R. Lachman*<br>Darren T. Brenner<br>Nevada Bar No. 8986<br>Scott R. Lachman<br>Nevada Bar No. 12016<br>1635 Village Center Circle,<br>Suite 200<br>Las Vegas, NV 89134<br>Telephone: (775) 634-5000<br><br>*Attorneys Bank of America, N.A.* | By: */s/ Holly Ann Priest*<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive,<br>Suite 900<br>Las Vegas, Nevada 89135<br>Telephone: (702) 471-7000<br><br>*Attorneys for Defendants Caliber Home Loans, Inc.; U.S. Bank Trust, N.A., Trustee For LSF9 Master Participation Trust; Summit Real Estate Services, LLC; Joe Anderson; and Mortgage Electronic Registration Systems, Inc.* |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | GREENBERG TRAURIG, LLP |
| By: */s/ Maximilien D. Fetaz*<br>Arthur A. Zorio<br>Nevada Bar No. 6547<br>Maximilien D. Fetaz<br>Nevada Bar No. 12737<br>5371 Kietzke Lane<br>Reno NV 89511<br>Telephone: (775) 324-4100<br><br>*Attorneys Ocwen Financial Corp.* | By: */s/ Jacob D. Bundick*<br>Jacob D. Bundick<br>Nevada Bar No. 9772<br>Jason Hicks<br>Nevada Bar No. 13149<br>10845 Griffith Peak Drive,<br>Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-3773<br><br>*Attorneys for HSBC Finance Corporation* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12-11-2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of December 2018, a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTIONS FOR RECONSIDERATION (ECF NOS. 68 & 69),** was served on the following parties in the manner set forth below:

[XX]  Via the Court's CM/ECF electronic service:

Darren T. Brenner, Esq.
Scott R. Lachman, Esq.
AKERMAN LLP
1635 Village Center Circle, #200
Las Vegas, Nevada  89134
*Attorneys for Bank of America*

Maximilien Fetaz, Esq.
Arthur A. Zorio, Esq.
BROWNSTEIN HYATT FARBER SCHRECK
100 N. City Parkway, Suite 1600
Las Vegas, NV  89106
*Attorneys for Ocwen Financial Corp.*

Sean K. McElenney, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Ave., #1200
Phoenix, AZ  85004
*Attorney for Ocwen Financial Corp. (Pro Hac Vice)*

Jacob D. Bundick, Esq.
Jason Hicks, Esq.
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for HSBC Finance Corporation*

[XX]  Via U.S. Mail, postage prepaid:

Imam Keith Alan Lasko & Silvia Regina Lasko
Mosque of the Golden Rule
Worldwide Ministries of Islam
8604 Vivid Violet Avenue
Las Vegas, Nevada  89143
*Pro Se*

/s/  C. Wells
An Employee of BALLARD SPAHR LLP