# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

SILVIA REGINA LASKO, IMAM KEITH ALAN LASKO, MOSQUE OF THE GOLDEN RULE, WORLDWIDE MINISTRIES OF ISLAM,

Plaintiffs,

vs.

CALIBER HOME LOANS, INC., *et al.*,

Defendants.

2:18-CV-01802-JCM-VCF

**REPORT AND RECOMMENDATION**

Before the Court is *Silvia Regina Lasko, et al., v. Caliber Home Loans, Inc., et al.*, case number 2:18-cv-01802-JCM-VCF.  The court held a status hearing on August 19, 2019 and no counsel appeared on behalf of Mosque of the Golden Rule and Worldwide Ministries of Islam.  (ECF NO. 87).

On November 16, 2018, the court held a hearing and ordered Mosque of the Golden Rule and Worldwide Ministries of Islam to obtain counsel by December 17, 2018.  (ECF NO. 60).  To date, Mosque of the Golden Rule and Worldwide Ministries of Islam have not retained counsel.  Mosque of the Golden Rule and Worldwide Ministries of Islam failed to comply with ECF NO. 60.

For the reasons discussed below, the Court recommends dismissing all claims alleged by Mosque of the Golden Rule and Worldwide Ministries of Islam, without prejudice.

"Corporations and other unincorporated associations must appear in court through an attorney." *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam).  In addition, "Courts have inherent power in the interest of the orderly administration of justice and under Rule 41(b), FRCP, to dismiss for

disobedience of its orders." *In re "Santa Barbara Like It Is Today" Copyright Infringement Litig.*, 94 F.R.D. 105, 108 (D. Nev. 1982). Here, Mosque of the Golden Rule and Worldwide Ministries of Islam have failed to follow court order and have failed to retain counsel in this case. (ECF No. 60). It is appropriate that their claims be dismissed.

Accordingly, and for good cause shown,

IT IS HEREBY RECOMMENDED that all claims alleged by Mosque of the Golden Rule and Worldwide Ministries of Islam be dismissed without prejudice for failure to obey the Court's order (ECF No. 60) and retain counsel.

The Clerk of Court is directed to mail a copy of this order the following addresses:

Mosque of the Golden Rule
8604 Vivid Violet Ave.
Las Vegas, NV 89143

Worldwide Ministries of Islam
8604 Vivid Violet Ave.
Las Vegas, NV 89143

**Notice**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 21st of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE