# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SILVIA REGINA LASKO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIBER HOME LOANS, INC., *et al.*,<br><br>Defendants. | 2:18-cv-01802-GMN-VCF<br><br>**ORDER** |

Before the court is *Silvia Regina Lasko, et al. v. Caliber Home Loans, Inc., et al.*, case number 2:18-cv-01802-GMN-VCF.

Judge Navarro has dismissed the complaint without prejudice. All motions that were set for a hearing on October 28, 2019, have been denied as moot.

Accordingly,

IT IS HEREBY ORDERED that the hearing scheduled for October 28, 2019, is VACATED.

DATED this 30th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE