**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| SILVIA REGINA LASKO AND IMAM KEITH ALAN LASKO, | |
|---|---|
| Plaintiffs, | 2:18-cv-01802-GMN-VCF |
| vs. | **ORDER** |
| CALIBER HOME LOANS, INC., *et al.*, | |
| Defendants. | |

Before the court is *Silvia Regina Lasko and Imam Keith Alan Lasko v. Caliber Home Loans, Inc., et al.*, case number 2:18-cv-01802-GMN-VCF.

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, February 18, 2020, is VACATED, and RESCHEDULED to 10:00 AM, August 14, 2020, in Courtroom 3D.

DATED this 11th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE